IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-mj-01261

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN HICKS,

    Defendant.

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

The Court, having reviewed the motion of the United States to dismiss, without prejudice, the above-captioned complaint against the defendant BRIAN HICKS, and finding good cause therein, hereby ORDERS that the above-captioned complaint is dismissed without prejudice.

SO ORDERED THIS 11th DAY OF MAY, 2007

                                              United States Magistrate Judge
                                              United States District Court
                                              District of Colorado